Ruby J. Krajick  **UNITED STATES DISTRICT COURT**  WWW.NYSD.USCOURTS.GOV
CLERK OF COURT  SOUTHERN DISTRICT OF NEW YORK  (914)390-4000
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

## SEALED RECORDS RETRIEVAL

November 3, 2010

Fish & Richardon, P.C.
153 E 53rd St., Second Floor
NYC, NY 10022

To Whom it May Concern,

Below you will find a Standing Order of this Court, and an amendment to that Standing Order, signed by Chief Judge Michael B. Mukasey, U.S.D.J., on October 5, 2001, concerning materials filed under seal in civil cases. As you will note from the order:

> Sealed records which have been filed with the Clerk shall be removed by the party submitting them (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal. Parties failing to comply with this order shall be notified by the Clerk that, should they fail to remove the sealed records within thirty (30) days, the Clerk may dispose of them.

Amendment:

> Upon the closing of a case in which sealed records have been filed with the Clerk, whether filed before or after October 5, 2001, such records shall be subject to the terms of the standing order entered on October 5, 2001 with respect to sealed records, and the Clerk shall notify the parties that should they fail to remove sealed records within thirty days the Clerk may dispose of them.

This Court is holding materials filed under seal in the case listed below. *Please retrieve these materials within the time frame described above or the Court will dispose of them.* The Court is open 8:30 - 5:00, Monday through Friday. The person sent to retrieve the materials should bring this letter and proof of identification, such as a letter on firm stationary.

Thank you for your prompt attention to this matter.

Sincerely,

Robert Rogers
Deputy-in-Charge

---------------------------------------------------For Office Use Only---------------------------------------------------

Name of Case & Docket   In re: In re:Gigastorage -v- US Philips Corp. 04cv2825 (CLB)

docket #' 35, 36  sealed and impounded envelopes all marked log #6506, 6634,6663,6694,6695

Person Retrieving Records: